## COMMISSIONER OF INTERNAL REVE- NUE v. FARMERS LIFE INSUR- ANCE COMPANY.

### No. 971.

Circuit Court of Appeals, Tenth Circuit.

May 13, 1935.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Thomas Watters, Jr., of Des Moines, Iowa, for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decision of United States Board of Tax Appeals reversed, and cause remanded, with instructions, on stipulation.

## COMMISSIONER OF INTERNAL REVE- NUE, Petitioner, v. W. L. HON- NOLD, Respondent.

### No. 434.

Circuit Court of Appeals, Second Circuit.

June 10, 1935.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, Sp. Assts. to Atty. Gen., for petitioner.

Paul Armitage, of New York City, and Ellsworth C. Alvord, Floyd F. Toomey, and Karl Riemer, all of Washington, D. C., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Smith v. Commissioner, 59 F.(2d) 56 (C. C. A. 1).